IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT MLENEK                                                                              PLAINTIFF

v.                                         No. 4:10-cv-1522-DPM

HEALTHSPAN SOLUTIONS, LLC                                                    DEFENDANT

ORDER

Joint motion to dismiss, *Document No. 16*, granted. Robert Mlenek's complaint is dismissed with prejudice. Each party is responsible for his or its own attorneys' fees and costs. The Court will withhold entry of judgment until 1 November 2011 to allow the parties to consummate their settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2011