IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT MLENEK**                                                                 **PLAINTIFF**

**v.**                              **No. 4:10-cv-1522-DPM**

**HEALTHSPAN SOLUTIONS, LLC**                                    **DEFENDANT**

**JUDGMENT**

Robert Mlenek's complaint is dismissed with prejudice pursuant to the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

28 December 2011